COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:     Peter J. Paske, Jr.  **V.**  Joel Fitzgerald, Individually and in His Official Capacity as Chief of Police of City of Missouri City, and the City of Missouri City, Texas

Appellate case number:   01-15-00631-CV

Trial court case number: 12-DCV-200899

Trial court:             240th District Court of Fort Bend County

Date motion filed:       7/8/16

Party filing motion:     Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/    Michael Massengale
                    ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justices Higley, Bland, and Massengale

Date:  August 4, 2016